ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO.: 14-cv-_____

MARIA ADAGLIO, ADMINISTRATRIX OF THE
ESTATE OF HELENA WICK, DECEASED, AND ON
BEHALF OF THE WRONGFUL DEATH BENEFICIARIES,                    PLAINTIFF

v.                              **NOTICE OF REMOVAL**

3-14-cv-688-H

ELIZABETHTOWN HEALTH FACILITIES, L.P., d/b/a
ELIZABETHTOWN NURSING AND REHABILITATION CENTER;
EIZABETHTOWN HEALTH FACILITIES GP, LLC;
KENTUCKY PARTNERS MANAGEMENT, LLC,                             DEFENDANTS

\* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \*

Defendants, Elizabethtown Health Facilities, L.P., Elizabethtown Health Facilities GP, LLC, and Kentucky Partners Management, LLC, for their Notice of Removal from the Hardin Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division, state as follows:

1. On September 18, 2014 Maria Adaglio, Administratrix of the Estate of Helena Wick, Deceased, and on behalf of the Wrongful Death Beneficiaries ("Plaintiff") filed a Complaint in the Hardin Circuit Court styled, Maria Adaglio, Administratrix of the Estate of Helena Wick, Deceased, and on behalf of the Wrongful Death Beneficiaries *v.* Elizabethtown Health Facilities, L.P., Elizabethtown Health Facilities GP, LLC, and Kentucky Partners Management, LLC*,* Commonwealth of Kentucky, Hardin Circuit Court, Case No. 14-CI-1576.

2. The Complaint alleges Defendants were negligent in the care and treatment of

Helena Wick. Plaintiff seeks to recover compensatory damages, as well as punitive damages against Defendants.

3. Elizabethtown Health Facilities, L.P. and Kentucky Partners Management, LLC were served with the Summons and the Complaint on September 22, 2014.

4. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §1332 based upon diversity jurisdiction.

5. The Complaint alleges Plaintiff is a resident and citizen of Hardin County, Kentucky and further alleges that Defendant, Elizabethtown Health Facilities, L.P. is a foreign limited partnership, with its principle office located at 5420 W. Plano Parkway, Plano, Texas 75093, that Defendant Elizabethtown Health Facilities GP, LLC is a Texas limited liability company, with its principle office located at 5500 W. Plano Parkway, Ste. 210, Plano, Texas 75093-4835, and that Defendant Kentucky Partners Management, LLC is a foreing limited liability company, with its principle office located at 5420 W. Plano Parkway, Plano, Texas 75093.

6. Thus, the parties are citizens and residents of different states and the requirement of complete diversity is satisfied. *See* 28 U.S.C. §1332(a).

7. Pursuant to 28 U.S.C. §1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." The Circuit Court of Hardin County, Kentucky is located within the jurisdiction of the United States District Court for the Western District of Kentucky, Louisville Division. Therefore, venue is proper in this Court and division pursuant to 28 U.S.C. §1441(a).

8. Based upon the allegations raised in the Complaint attached hereto, including Plaintiff's demand for punitive damages, this matter in controversy exceeds $75,000.00 in damages, exclusive of interest and costs.

9. Pursuant to 28 U.S.C. §1332(a), this Court has jurisdiction over this action because it is facially apparent from Plaintiff's Complaint that Plaintiff is seeking damages in excess of the jurisdictional amount in controversy. 28 U.S.C. § 1441(a) provides that "any civil action brought in state court which the district courts have original jurisdiction may be removed by the defendant . . . to the district court of the United States for the district embracing the place where such action is pending." Federal District Courts "shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and cost, and is between . . . citizens of different states." 28 U.S.C. §1332(a). When determining whether a case meets the jurisdictional requirement for purposes of removal, courts should consider "whether it is 'facially apparent' from the complaint that the damages are 'likely above' the jurisdictional amount in controversy." *Rotschi v. State Farm*, 114 F.3d 1188, 1188 (6th Cir. 1997). Accordingly, the amount in controversy requirement is satisfied. *See* 28 U.S.C. §1332(a). Plaintiff seeks punitive and compensatory damages as well as attorney fees. Thus, it is facially apparent that Plaintiff is seeking damages in excess of the jurisdictional amount.

10. This Notice of Removal has been filed within thirty (30) days of the date when the action became removable as required by 28 U.S.C. §1446(b). This Notice of Removal is further consistent with 28 U.S.C. §1446(b) in that it has been filed within one year after the commencement date of this action.

11. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, and orders served upon this Defendant in the State Court Action are attached to this Notice as Exhibit "A."

12. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served upon all parties and a copy is being filed with the Circuit Court of Hardin County, Kentucky.

13. Because 28 U.S.C. §1332(a) confers federal subject matter jurisdiction over this action, removal of this action to this Court is proper pursuant to 28 U.S.C. §1441.

**WHEREFORE**, Defendants, Elizabethtown Health Facilities, L.P., Elizabethtown Health Facilities GP, LLC, and Kentucky Partners Management, LLC, at all times relevant hereto gives Notice of the removal of this action from the Circuit Court of Hardin County, Kentucky, to the United States District Court for the Western District of Kentucky in the Louisville Division.

        QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

        */s/ J. Peter Cassidy, III*
        J. Peter Cassidy, III, Esq.
        2452 Sir Barton Way, Ste. 300
        Lexington, KY  40509
        859-226-0057
        859- 226-0059 – facsimile

        - and -

        Donald L. Miller, II, Esq.
        9300 Shelbyville Rd., Ste. 400
        Louisville, KY  40222
        502-423-6390
        502-423-6391 – facsimile
        ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I additionally certify that a true and accurate copy of the foregoing was served via U.S. mail, first class, postage prepaid, on the 10th day of October, 2014, upon:

Mark K. Gray, Esq.
Matthew L. White, Esq.
Adrienne Worsham Kim, Esq.
Gray & White
713 E. Market St.
Louisville, KY  40202

Ms. Loretta Crady
Hardin Circuit Clerk
Hardin County Justice Center
120 E. Dixie Ave.
Elizabethtown, KY 42701

                    */s/ J. Peter Cassidy, III*
                    ATTORNEY FOR DEFENDANTS